### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**EUGENE HAMPTON**                                                                    **PLAINTIFF**

**v.**                                      **Case No.: 4:21-cv-00386**

**WELLS FARGO BANK, N.A. &**
**DEUTSCHE BANK NATIONAL TRUST**
**COMPANY, AS TRUSTEE FOR VENDEE**
**MORTGAGE TRUST 1994-3**                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that

all claims against Defendants are dismissed with prejudice.

IT IS SO ADJUDGED this 15th day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE